**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

## Plaintiffs

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## Defendants

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| Defendant 1 | THE 3M COMPANY, f/k/a Minnesota Mining and Manufacturing Co. |
|---|---|
| Defendant 2 | AGC CHEMICALS AMERICAS INC. |
| Defendant 3 | AMEREX CORPORATION |
| Defendant 4 | ARCHROMA U.S. INC. |
| Defendant 5 | ARKEMA INC. |
| Defendant 6 | BASF CORPORATION, individually, and as successor in interest to Sandoz Chemical Corporation |
| Defendant 7 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 8 | CHEMDESIGN PRODUCTS INC. |
| Defendant 9 | CHEMGUARD INC. |
| Defendant 10 | CHEMICALS, INC. |
| Defendant 11 | CLARIANT CORPORATION, individually and as successor in interest to Sandoz Chemical Corporation |
| Defendant 12 | CORTEVA, INC., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 13 | DEEPWATER CHEMICALS, INC. |
| Defendant 14 | DUPONT DE NEMOURS INC., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 15 | DYNAX CORPORATION |
| Defendant 16 | E. I. DUPONT DE NEMOURS AND COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 17 | NATION FORD CHEMICAL COMPANY |
| Defendant 18 | NATIONAL FOAM, INC. |
| Defendant 19 | THE CHEMOURS COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 20 | THE CHEMOURS COMPANY FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 21 | TYCO FIRE PRODUCTS, LP, individually and as successor in interest to The Ansul Company |

| Defendant 22 | DOE DEFENDANTS 1-20, possible fictitious names whose present identities are unknown |
|---|---|
| Defendant 23 | |
| Defendant 24 | |
| Defendant 25 | |
| Defendant 26 | |
| Defendant 27 | |
| Defendant 28 | |
| Defendant 29 | |
| Defendant 30 | |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on:

    ☒ Diversity

    ☒ Federal Question

    ☒ The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

    ☐ Other: _____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

- Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

- Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

- Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

## Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

        Kidney Cancer
        Testicular Cancer
        Thyroid Disease
        Ulcerative Colitis
        Liver Cancer
        Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above.  Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

**<u>Causes of Action</u>**

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

        Count I – Defective Design
        Count II – Failure to Warn
        Count III – Negligence
        Count IV – Negligence Per Se
        Count V – Trespass and Battery
        Count VI – Strict Product Liability
        Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
        Count VIII – Concealment, Misrepresentation, and Fraud
        Count IX – Conspiracy
        Count X – Wrongful Death
        Count XI – Loss of Consortium

        <u>Other Causes of Action</u>:
        Count XII – Gross Negligence
        Count XIII – Negligent Misrepresentation
        Count XIV – Willful & Wanton Misconduct
        Count XV – Punitive Damages
        Count XVI – Tolling of the Statute of Limitations –
        Count XVII –  Discovery Rule & Fraudulent Concealment
        Count XVIII – _____
        Count XIX –   _____
        Count XX –    _____

Others

_____

_____

_____

## **Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: September 3, 2025

Respectfully Submitted,

*/s/ Randi Kassan*
Randi Kassan, Esq.
Milberg Coleman Bryson Phillips Grossman, PLLC
100 Garden City Plaza, Suite 408
Garden City, NY 11530
Telephone: (516) 741-5600
Fax: (516) 741-0128
E-mail: RKassan@milberg.com

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873**[1]

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Akins Jr, Paul | 11/27/1962 | Florida | Middle District of Florida | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 2. | Allen Sr, Vaughn | 8/31/1966 | Texas | Northern District of Texas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 3. | Baker, Paul | 7/23/1969 | Texas | Northern District of Texas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 4. | Balcer, Francis | 5/1/1960 | Florida | Southern District of Florida | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 5. | Barker, Jacqui | 8/4/1972 | Florida | Northern District of Florida | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.

[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 6. | Baxter, Kenya | 5/31/1972 | Pennsylvania | Eastern District of Pennsylvania | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 7. | Becnel Lim, Reina | 10/15/1973 | New York | Eastern District of New York | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 8. | Belisle, Yvonne | 8/18/1969 | Pennsylvania | Middle District of Pennsylvania | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 9. | Bell, Donna | 12/6/1964 | Ohio | Southern District of Ohio | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 10. | Bieksha, Marie | 2/27/1960 | New Jersey | District of New Jersey | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 11. | Birchem, Keith | 1/31/1961 | North Dakota | District of North Dakota | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 12. | Borgeson, Sutra | 2/24/1972 | Oklahoma | Western District of Oklahoma | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 13. | Bradwell , Darreall | 6/22/1991 | Florida | Middle District of Florida | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 14. | Brady, Donald | 11/2/1962 | Pennsylvania | Eastern District of Pennsylvania | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 15. | Brent, Mary | 7/17/1964 | Tennessee | Eastern District of Tennessee | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 16. | Brinkmeier, Sandra | 3/20/1968 | Ohio | Northern District Of Ohio | Yes | Yes | Yes | Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 17. | Brown Jr, Joanna | 1/18/1968 | Maryland | District of Maryland | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | Cain, Garrett | 6/22/1971 | Ohio | Northern District Of Ohio | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 19. | Campbell, John | 12/4/1956 | Washington | Western District of Washington | Yes | Yes | Yes | Liver Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 20. | Campo, Steven | 9/4/1965 | New York | Eastern District of New York | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 21. | Cargill, David | 2/1/1972 | Alabama | Southern District of Alabama | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 22. | Casto, Robert | 7/5/1967 | Oregon | District of Oregon | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 23. | Chapman, Richard | 8/1/1970 | Texas | Northern District of Texas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 24. | Clark, Bryan | 5/7/1958 | New Jersey | District of New Jersey | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | XIII, XIV, XV, XVI, XVII |
| 25. | Clark, Lisa | 10/21/1970 | Virginia | Eastern District of Virginia | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 26. | Clontz, Floyd | 8/5/1964 | North Carolina | Middle District of North Carolina | Yes | Yes | Yes | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 27. | Cole, Nelson | 11/19/1965 | Kentucky | Western District of Kentucky | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 28. | Collins, Adele | 10/13/1960 | Florida | Middle District of Florida | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 29. | Cummings, George | 9/23/1967 | Georgia | Northern District of Georgia | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 30. | Davis, Nicole | 11/5/1982 | Pennsylvania | Eastern District of Pennsylvania | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 31. | Decker, Connie | 10/11/1968 | Illinois | Northern District of Illinois | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, XIII, XII, XIII, XIV, XV, XVI, XVII |
| 32. | DeStefano, Linda | 4/21/1956 | Texas | Western District of Texas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 33. | Dixon, Briana | 3/10/1997 | Louisiana | Western District of Louisiana | Yes | Yes | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 34. | Dixon, Telisa | 5/14/1975 | Florida | Northern District of Florida | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 35. | Doyle-Gilchrist, Sandra | 2/13/1963 | California | Central District of California | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 36. | Earls, Steven | 8/26/1972 | Oregon | District of Oregon | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 37. | Ellington, Gary | 4/12/1968 | North Carolina | Middle District of | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | North Carolina | | | | | XIII, XIV, XV, XVI, XVII |
| 38. | Ellis, Kosher | 5/7/1974 | North Carolina | Eastern District of North Carolina | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 39. | Ellis, Peter | 5/15/1964 | California | Eastern District of California | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 40. | Flaherty, Aaron | 9/9/1985 | California | Central District of California | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 41. | Fleming, Katherine | 8/17/1974 | Louisiana | Middle District of Louisiana | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 42. | Flenoury, Lamarr | 1/17/1965 | California | Eastern District of California | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 43. | Flink, Christine | 10/3/1968 | North Carolina | Eastern District of North Carolina | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 44. | Ford, Tracie | 7/28/1976 | Oklahoma | Eastern District of Oklahoma | Yes | Yes | Yes | Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 45. | Ford, William | 9/13/1968 | Kentucky | Western District of Kentucky | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 46. | Foster, Daniel | 12/8/1975 | Arizona | District of Arizona | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 47. | Foutz, Michele | 10/11/1972 | Texas | Eastern District of Texas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 48. | Fowler, Leslie A | 9/1/1968 | Illinois | Northern District of Illinois | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 49. | Francis, John | 7/11/1967 | Texas | Southern District of Texas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name")[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 50. | Freeman, Rosemarie | 4/10/1970 | Florida | Northern District of Florida | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 51. | Gamble, Karilyn | 8/16/1969 | Florida | Southern District of Florida | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 52. | Gant, Anita | 1/28/1972 | Louisiana | Eastern District of Louisiana | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 53. | Garcia, Teresita | 5/10/1971 | Texas | Southern District of Texas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 54. | Garcia, Tomas | 6/15/1981 | California | Central District of California | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 55. | Gibbs, Adam | 12/19/1978 | Alabama | Southern District of Alabama | Yes | Yes | Yes | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 56. | Gibson, Rosalind | 6/3/1970 | Maryland | District of Maryland | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | XIII, XIV, XV, XVI, XVII |
| 57. | Giehll, Stacey | 8/9/1971 | Oregon | District of Oregon | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 58. | Gissendanner, Rolland | 2/7/1966 | Florida | Middle District of Florida | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 59. | Goodale, Rockwell | 9/8/1969 | South Carolina | District of South Carolina | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 60. | Graham, Hilda | 10/15/1959 | North Carolina | Eastern District of North Carolina | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 61. | Green, Charles | 11/14/1973 | North Carolina | Eastern District of North Carolina | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 62. | Greenlee, Dorothy | 3/31/1965 | Tennessee | Eastern District of Tennessee | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 63. | Harmon, Bradley | 8/18/1965 | Idaho | District of Idaho | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 64. | Harper, Steven | 10/1/1964 | Arkansas | Western District of Arkansas | Yes | Yes | Yes | Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 65. | Harris, Sonia | 6/13/1967 | Arizona | District of Arizona | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 66. | Hernandez, Joshua | 8/4/1992 | Florida | Middle District of Florida | Yes | Yes | Yes | Liver Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 67. | Hewitt, Raymond | 8/17/1968 | South Carolina | District of South Carolina | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 68. | Hicks, John | 8/19/1964 | Tennessee | Middle District of Tennessee | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 69. | Hinson, Billy | 2/9/1966 | North Carolina | Eastern District of | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | North Carolina | | | | | XIII, XIV, XV, XVI, XVII |
| 70. | House, Craig | 11/7/1958 | Ohio | Southern District of Ohio | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 71. | Hudson, Wesley | 8/25/1964 | Georgia | Northern District of Georgia | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 72. | Huffstickler, Willie | 6/14/1970 | Arkansas | Eastern District of Arkansas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 73. | Hurst, Travis | 10/1/1969 | Texas | Northern District of Texas | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 74. | Hyatt, Beth | 12/29/1967 | Arizona | District of Arizona | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 75. | Jett, Jennie | 10/6/1971 | Tennessee | Eastern District of Tennessee | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 76. | Johnson, Christian | 4/3/1972 | Louisiana | Eastern District of Louisiana | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 77. | Jones, Christopher | 2/5/1965 | Louisiana | Western District of Louisiana | Yes | Yes | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 78. | Jones, DeShannon | 1/25/1970 | Texas | Southern District of Texas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 79. | Joseph, Marcaline | 3/13/1994 | Florida | Middle District of Florida | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 80. | June, Richard | 5/9/1972 | Michigan | Eastern District of Michigan | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 81. | Keller, Michael | 6/3/1969 | Texas | Western District of Texas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 82. | Kesterton, Donald | 8/15/1960 | Georgia | Southern District of Georgia | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 83. | Knapp, David | 4/6/1971 | Florida | Southern District of Florida | Yes | Yes | Yes | Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 84. | Kooi, Michael | 4/22/1962 | Florida | Middle District of Florida | Yes | Yes | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 85. | Landreth, Christopher | 11/18/1969 | South Carolina | District of South Carolina | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 86. | Lasher, Amanda | 11/30/1972 | Florida | Middle District of Florida | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 87. | Leakes, Angela | 12/23/1962 | Tennessee | Western District of Tennessee | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 88. | Leatherwood, Michael | 4/18/1973 | Texas | Southern District of Texas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 89. | Lebel, Shelley | 8/20/1972 | Maryland | District of Maryland | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 90. | Lee, Mitchell | 5/30/1974 | Georgia | Southern District of Georgia | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 91. | Linden, Wendy | 2/16/1965 | New York | Eastern District of New York | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 92. | Lott, Noah | 6/25/1968 | Missouri | Western District of Missouri | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 93. | Lowrey, Friday | 1/16/1971 | Texas | Western District of Texas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 94. | Macquarrie, Leah | 6/10/1964 | Texas | Eastern District of Texas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 95. | Malone, Billie | 12/31/1967 | Indiana | Southern District of Indiana | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 96. | Marin, Patrice | 3/3/1961 | Florida | Southern District of Florida | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 97. | Martin, George | 4/12/1966 | Maryland | District of Maryland | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 98. | Matthews, Paul | 10/22/1963 | Alabama | Southern District of Alabama | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 99. | McCovery, Myrtes | 11/18/1961 | Alabama | Northern District of Alabama | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 100. | McDermott, Libby | 2/19/1962 | Florida | Middle District of Florida | Yes | Yes | Yes | Liver Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 101. | Mcgill Jr, Leo | 11/26/1966 | Georgia | Middle District of Georgia | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 102. | Miller, Thomas | 2/23/1988 | Arizona | District of Arizona | Yes | Yes | Yes | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 103. | Moore, Patricia | 8/21/1959 | California | Central District of California | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 104. | Muhammad, Irma | 7/25/1967 | North Carolina | Western District of North Carolina | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 105. | Myers, Carol | 6/17/1971 | South Carolina | District of South Carolina | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 106. | Myers Jr, Jimmie | 12/10/1967 | Virginia | Western District of Virginia | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 107. | Nordstrom, Kerry | 2/15/1972 | Texas | Western District of Texas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 108. | O'brian, Daren | 4/13/1966 | Texas | Southern District of Texas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 109. | Oneal, Susan | 11/22/1961 | Tennessee | Western District of Tennessee | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 110. | Paquin, Keith | 4/21/1973 | Virginia | Eastern District of Virginia | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 111. | Pearce, Estel | 5/7/1974 | South Dakota | District of South Dakota | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 112. | Penister III, James | 10/22/1963 | Arkansas | Eastern District of Arkansas | Yes | Yes | Yes | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 113. | Perez, Richard | 8/1/1962 | Florida | Middle District of Florida | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 114. | Perez, Sally | 12/22/1967 | Illinois | Southern District of Illinois | Yes | Yes | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 115. | Peterson, Troy | 5/15/1973 | Nebraska | District of Nebraska | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 116. | Porter, Linda | 8/18/1969 | Florida | Northern District of Florida | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 117. | Price, Rochelle | 12/25/1974 | California | Central District of California | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 118. | Renshaw, Loretta | 12/4/1962 | Louisiana | Western District of Louisiana | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 119. | Riley, Carolyn | 5/6/1959 | Tennessee | Western District of Tennessee | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 120. | Rivera, John | 11/20/1973 | Pennsylvania | Eastern District of Pennsylvania | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 121. | Roberts, Darla | 3/9/1969 | Texas | Northern District of Texas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 122. | Robertson, Bernadette | 12/17/1967 | Mississippi | Southern District of Mississippi | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 123. | Sanford, Charles | 12/1/1987 | California | Central District of California | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 124. | Sawyer, Tonya | 5/1/1975 | South Carolina | District of South Carolina | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, XII, XIII, XIV, XV, XVI, XVII |
| 125. | Scott, Jacob | 2/1/1995 | Florida | Middle District of Florida | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 126. | Scott, Jo Ellan | 12/5/1961 | Texas | Western District of Texas | Yes | Yes | Yes | Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 127. | Spangenberg, Jeffrey | 7/5/1967 | Pennsylvania | Middle District of Pennsylvania | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 128. | Spells, Shelinda | 10/3/1976 | Illinois | Northern District of Illinois | Yes | Yes | Yes | Liver Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 129. | Spencer, Gerald | 2/23/1963 | Ohio | Southern District of Ohio | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 130. | Staley, Aaron | 1/29/1970 | North Carolina | Western District of | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | North Carolina | | | | | XIII, XIV, XV, XVI, XVII |
| 131. | Steen, Willie | 9/24/1970 | Florida | Middle District of Florida | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 132. | Stephenson, R D | 10/21/1974 | Oklahoma | Eastern District of Oklahoma | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 133. | Sykes, Joseph | 2/15/1968 | North Carolina | Middle District of North Carolina | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 134. | Tedder II, Timothy | 9/24/1969 | California | Eastern District of California | Yes | Yes | Yes | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 135. | Thomas, Cermonia | 10/30/1974 | Texas | Southern District of Texas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 136. | Toy, Robert | 8/29/1965 | Texas | Northern District of Texas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 137. | Tribble, Kimberley | 3/26/1968 | Tennessee | Middle District of Tennessee | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 138. | Trigg, Shirley | 10/7/1969 | Mississippi | Southern District of Mississippi | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 139. | Turner, Triston | 11/25/1996 | California | Central District of California | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 140. | Vazquez, Lillian | 2/3/1972 | Florida | Middle District of Florida | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 141. | Vidal, Brittany | 11/23/1987 | California | Central District of California | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 142. | Vogt, Rebecca | 2/8/1963 | California | Northern District of California | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 143. | Ward, Wendy | 2/21/1966 | Georgia | Southern District of Georgia | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 144. | Watson, Ryan | 2/21/1989 | Illinois | Middle District of Florida | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 145. | Weaver, Chance | 6/26/1973 | Nevada | District of Nevada | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 146. | Woods, Michelle | 3/4/1975 | Kentucky | Eastern District of Kentucky | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 147. | Workman, Tommy | 1/4/1967 | Michigan | Eastern District of Michigan | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 148. | Young, Kimberly | 1/4/1967 | Ohio | Northern District Of Ohio | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 149. | Zeller, Constance | 11/16/1966 | Ohio | Southern District of Ohio | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 150. | Ziegelhofer, Stephen | 12/22/1962 | Florida | Northern District of Florida | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |